**E-Filed 10/28/09**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DR. SALMA MERRITT AND DAVID MERRITT,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | Case Number C 09-4834 JF (PVT)<br><br>**ORDER[1] GRANTING REQUEST TO FILE PLEADINGS THROUGH ECF SYSTEM** |

Plaintiffs' request to file all future pleadings through the Electronic Case Filing ("ECF") system is hereby granted.

**IT IS SO ORDERED.**

DATED: 10/28/09

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-4834 JF (PVT)
ORDER GRANTING REQUEST TO FILE PLEADINGS THROUGH ECF SYSTEM
(JFLC3)

This Order was served on the following persons:

Michelle Yumi McIsaac    michelle.mcisaac@sdma.com, sharice.valenzuela@sdma.com