David Merritt and Salma Merritt, *Pro se*
660 Pinnacles Terrace
Sunnyvale, CA 94085
dymerritt@hotmail.com
Tel: 408.469.5584

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DR. SALMA MERRITT et al,<br><br>    Plaintiffs,<br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY<br><br>    Defendants. | Case No. C09 04834 JF<br><br>**STIPULATION AND P~~ROPOSED~~ ORDER SELECTING ADR PROCESS**<br><br>Date Action Filed: October 12, 2009<br>Trial Date: Not Set<br>Judge: The Hon. Jeremy Fogel |

Plaintiffs and Defendant—through counsel—report that they have conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3.5:

The parties agree to participate in court sponsored Mediation (ADR L.R.6) and agree to hold the ADR session by the presumptive deadline (90 days from the date of the order referring the case to an ADR process)...

Dated: November 15, 2009

_____
For Plaintiffs David Merritt

Dated: November 16, 2009

_s/ Michelle Y. McIsaac_____
Rebecca A. Hull
Michelle Y. Mcisaac
Attorneys for Defendant
Metropolitan Life Ins. Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DR. SALMA MERRITT et al,<br><br>　　　　Plaintiffs,<br>　　v.<br>METROPOLITAN LIFE INSURANCE COMPANY<br><br>　　　　Defendants. | Case No. C09 04834 JF<br><br>**ORDER GRANTING PARTIES STIPULATION SELECTING ADR PROCESS** |

Presently before the Court is the Stipulation by Plaintiffs and Defendant selecting the ADR process of Mediation pursuant to ADR Local Rule 6. In light of this stipulation the Court hereby Orders for court sponsored Mediation to be conducted and completed within 90 days from the date of this order.

IT IS SO ORDERED.

Dated: __11/19/09__   　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　Honorable Jeremy Fogel