SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sdma.com
MICHELLE Y. MCISAAC  Bar No. 215294
michelle.mcisaac@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
Metropolitan Life Insurance Company

DAVID MERRITT AND SALMA MERRITT
660 Pinnacles Terrace
Sunnyvale, CA 94085
dymerritt@hotmail.com
Telephone: 408.469.5584

In Pro Per

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. Salma Merritt and David Merritt,<br><br>       Plaintiffs,<br><br>  v.<br><br>Metropolitan Life Insurance Company,<br>Does I, II, and III to XXV,<br><br>       Defendant. | CASE NO. C09 04834 JF<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COURT-ORDERED MEDIATION |

WHEREAS, on November 23, 2009, this Court issued its Order Selecting ADR Process, ordering that mediation be conducted on or before February 17, 2010;

WHEREAS, the parties are unable to complete mediation by the currently set deadline due to scheduling conflicts;

WHEREAS, the parties have met and conferred with the assigned mediator, Katherine S. Ritchey of Jones Day, and have scheduled a mediation for March 4, 2010;

SEDGWICK
DETERT, MORAN & ARNOLD LLP

The parties respectfully request an extension of the ADR deadline to March 4, 2010.

**IT IS SO STIPULATED**

DATE: February 4, 2010                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: */s/ Michelle Y. McIsaac*
    Rebecca A. Hull
    Michelle Y. McIsaac
    Attorneys for Defendant
    Metropolitan Life Insurance Company

DATE: February 4, 2010                    By: */s/ Salma Merritt*
    Dr. Salma Merritt, plaintiff
    In Pro Per

DATE: February 4, 2010                    By: */s/ David Merritt*
    David Merritt, plaintiff
    In Pro Per

## **ORDER**

Pursuant to Stipulation by the parties and good cause appearing therefore, the deadline for conducting court-connected mediation is extended to March 4, 2010.

**IT IS SO ORDERED.**

Dated: 2/5/10

_____
United States District Court Judge Jeremy Fogel