1   SEDGWICK, DETERT, MORAN & ARNOLD LLP
    REBECCA A. HULL  Bar No. 99802
2   rebecca.hull@sdma.com
    MICHELLE Y. MCISAAC  Bar No. 215294
3   michelle.mcisaac@sdma.com
    One Market Plaza
4   Steuart Tower, 8th Floor
    San Francisco, California 94105
5   Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
6
    Attorneys for Defendant
7   Metropolitan Life Insurance Company

8   DAVID MERRITT AND SALMA MERRITT
    660 Pinnacles Terrace
9   Sunnyvale, CA 94085
    dymerritt@hotmail.com
10  Telephone: 408.469.5584

11  In Pro Per

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16  Dr. Salma Merritt and David Merritt,        CASE NO. C09 04834 JF

17            Plaintiffs,                        STIPULATION AND [PROPOSED] ORDER
                                                 TO EXTEND DEADLINE FOR COURT-
18        v.                                     ORDERED MEDIATION

19  Metropolitan Life Insurance Company,
    Does I, II, and III to XXV,
20
            Defendant.
21

22

23        WHEREAS, on November 23, 2009, this Court issued its Order Selecting ADR Process,

24  ordering that mediation be conducted on or before February 17, 2010;

25        WHEREAS, the parties are unable to complete mediation by the currently set deadline

26  due to scheduling conflicts;

27        WHEREAS, the parties have met and conferred with the assigned mediator, Katherine S.

28  Ritchey of Jones Day, and have scheduled a mediation for March 4, 2010;

The parties respectfully request an extension of the ADR deadline to March 4, 2010.

**IT IS SO STIPULATED**

DATE: February 4, 2010                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _/s/  Michelle Y. McIsaac_
    Rebecca A. Hull
    Michelle Y. McIsaac
    Attorneys for Defendant
    Metropolitan Life Insurance Company

DATE:  February 4, 2010          By: _/s/  Salma Merritt_
    Dr. Salma Merritt, plaintiff
    In Pro Per

DATE:  February 4, 2010          By: _/s/  David Merritt_
    David Merritt, plaintiff
    In Pro Per

## ORDER

Pursuant to Stipulation by the parties and good cause appearing therefore, the deadline for conducting court-connected mediation is extended to March 4, 2010.

**IT IS SO ORDERED.**

Dated: _2/5/10_          _____
    United States District Court Judge Jeremy Fogel

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP